USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
In re:                                                               :
                                                                     :
JVJ PHARMACY INC., *doing business as*                               :   20-CV-7009 (JPC)
UNIVERSITY CHEMISTS,                                                 :
                                                                     :
                                                                     :
                  Debtor.                                            :
                                                                     :
------------------------------------------------------------------------X   AMENDMENT TO
HARRAH'S ATLANTIC CITY OPERATING                                     :   <u>SCHEDULING ORDER</u>
COMPANY LLC, *doing business as* HARRAH'S                            :
RESORT ATLANTIC CITY,                                                :
                                                                     :
                                                                     :
                  Appellant,                                         :
                                                                     :
         -v-                                                         :
                                                                     :
SALVATORE LAMONICA, AS CHAPTER 7                                     :
TRUSTEE OF THE ESTATE OF JVJ PHARMACY                                :
INC., *doing business as* UNIVERSITY CHEMISTS,                       :
                                                                     :
                  Appellee.                                          :
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge

      This Court entered a Bankruptcy Appeal Scheduling Order on October 23, 2020 (Dkt. 13) proving, *inter alia*, that Appellee's brief is due November 16, 2020 and Appellant's reply brief is due November 30, 2020.

      On November 9, 2020, Appellee filed a motion seeking an extension of the due date for his brief from November 16, 2020 to and through November 30, 2020 and Appellant's time to file is reply brief, if any, to December 21, 2020, inconformity with the Court's Individual Rules and Practices in Civil Cases.

      Neither Appellant nor Appellee being opposed to the granting of the extensions of time sought in the motion and it being first request for any extension of time, the Bankruptcy Appeal Scheduling Order is modified as follows: Appellee's brief is due November 30, 2020 and Appellant's reply brief, if any, is due December 21, 2020.

      The Bankruptcy Appeal Scheduling Order shall otherwise continue in full force and effect.

      SO ORDERED.

Dated: November 10, 2020
       New York, New York

                                                      _____
                                                        JOHN P. CRONAN
                                              United States District Judge